JaVonne M. Phillips, Esq. SBN 187474
Gregory J. Babcock, Esq. SBN 260437
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15, it assignees and/or successors, and the servicing agent Select Portfolio Servicing, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Danilo Solis Trinidad,<br><br>Lydia Flores Trinidad,<br>        Debtors.<br>_____<br><br>Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15, it assignees and/or successors, and the servicing agent Select Portfolio Servicing, Inc.<br><br>        Movant,<br><br>vs.<br><br>Danilo Solis Trinidad,<br><br>Lydia Flores Trinidad,<br><br>        Debtors.<br>_____ | Case No. 1:09-bk-27152-GM<br><br>Chapter 11<br><br>**NOTICE OF 11 U.S.C. §1111(b) ELECTION BY CLASS 1 CREDITOR, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF15**<br><br>Disclosure Statement Hearing<br>Date:  5/11/2010<br>Time:  10:00 AM<br>Ctrm:  302; 3rd Floor<br>Place: 21041 Burbank Boulevard,<br>       Woodland Hills, CA |

1

File No. CA-09-16718/ Case No. 8:09-bk-14526-ES
Notice of 1111(b) Election

TO: THE HONORABLE GERALDINE MUND, U.S. BANKRUPTCY JUDGE; DANILO SOLIS TRINIDAD AND LYDIA FLORES TRINDAD, DEBTORS; JOHN BAUER AND DEBRA C. YOUNG, DEBTORS' ATTORNEYS OF RECORD; AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15, it assignees and/or successors, and the servicing agent Select Portfolio Servicing, Inc., elects treatment under 11 U.S.C. § 1111(b) to have its entire claim treated as secured for the purposes of Chapter 11 Plan confirmation.

Dated: May 10, 2010                    Respectfully submitted,

                                       McCarthy & Holthus, LLP

                                       /s/ Gregory J. Babcock
                                       Gregory J. Babcock, Esq.
                                       Attorney for Secured Creditor

2