John H. Bauer
Financial Relief Legal Advocates, Inc.
16103 W. Augusta Ave.
Litchfield Park, AZ 85340
State Bar No. 91471
(623) 910-6291

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>Danilo Solis Trinidad<br>Lydia Flores Trinidad,<br><br>               Debtors. | CASE NO: 1:09-bk-27152-GM<br><br>CHAPTER 11<br><br>**APPLICATION FOR INTERIM ATTORNEY FEES AND COSTS; DECLARATION OF DEBTORS, DANILO & LYDIA TRINIDAD IN SUPPORT THEREOF**<br><br>DATE: August 31, 2010<br>TIME: 10:00 a.m.<br>CTRM: 303 |

To Judge Geraldine Mund, the U.S. Trustee, the Debtors, and to all interested parties, Financial Relief Legal Advocates, Inc., "Bauer", makes this Application for Attorney Fees and Costs.

(A)(i) <u>Brief Narrative History and Report Concerning the Status of this Case</u>

When the debtors in possession, Danilo and Lydia Trinidad, filed their Chapter 11 Petition on December 18, 2009, they owned 2 residences, both located in Van Nuys, California, one on Vose St. and one of Hart St. The value of these properties fell markedly as a result of the tremendous real estate recession. Select Portfolio Services is the servicing agent and Wells Fargo is the lender for the Vose Street property. Wachovia is the lender for the Hart St. property.

Wells Fargo filed a Motion for Relief from Stay, which was continued, following debtors' opposition and a tentative ruling in favor of debtors. It is believed that the continuation date is August 31, 2010, the date set for the hearing on the confirmation of the Plan. The debtors filed their Motion for Use of Cash Collateral to pay the maintenance expenses for the two properties, which was granted.

The debtors filed an Original Disclosure Statement and Plan, a 1st Amended Disclosure Statement and Plan, and ultimately a 2nd Amended Disclosure Statement and Plan. The Second Amended Disclosure Statement and Plan was approved by Judge Mund at the hearing of June 8, 2010. By June 21, 2010, all creditors were served with the Order, a Ballot (August 13 deadline), the Second Amended Disclosure Statement, and the Second Amended Plan. The Confirmation Hearing is scheduled for August 31, 2010 at 10:00 am in Department 303.

(B)    John Bauer, along with Debra Young as co-counsel, were authorized to be employed as the attorneys for Debtors on March 12, 2010.

(C)    No fees or expenses were previously requested of this Court. John Bauer received a retainer fee of $11,210. which he held in his attorney trust account until he had billed time, at the rate of $250. per hour, equal to that amount.

      (D)     John Bauer's legal work included and was not limited to the following: (1) He supervised the preparation of the Chapter 11 Petition; (2) he supervised the preparation and submission of all 7 Day Cover Documents to the U.S. Trustee; (3) he attended the 341 Meeting of Creditors; (4) he prepared the Status Conference Statement and attended the Case Management Conference; (5) he prepared the Application for Employment with the Court; (6) he prepared the Application to Employment of Appraiser for the debtor's properties; (7) he wrote the Opposition to Wells Fargo's Motion for Relief from Stay and attended the hearing; (8) he wrote the Motion for Use of Cash Collateral with respect to the Wells Fargo loan (Vose St.) and attended the hearing; (9) he negotiated the Stipulation with Wachovia for adequate protection payments for their mortgage (Hart St.); (10) he reviewed monthly MOR reports for submission to the U.S. Trustee; (11) he reviewed debtors' income and expenses and consulted with co-counsel on preparation of the Original Disclosure Statement and Plan; (12) he wrote the Response to Wells Fargo's Opposition to the Original Disclosure Statement as it related to cram down of its' mortgage loan, the "owner occupancy" issue, and the ability to cram down the companion Hart St. mortgage; (13) he did substantial research to devise debtors' response to Wells Fargo's 1111(b) election and advised co-counsel on the new Wells Fargo mortgage payoff in the Second Amended Disclosure Statement; (14) he advised debtors extensively regarding the issues of loan modification and short sale with Wells Fargo Bank; (15) he communicated with and explained the Second Amended Disclosure Statement to Wachovia on multiple occasions with the plan of obtaining a "yes" ballot by the August 13, 2010 deadline date. He successfully obtained the "yes" ballot from Wachovia on August 12.

(E)    The detailed listing of all time spent by John Bauer on matters for which compensation is sought is attached as Exhibit A.

(F)    The Second Amended Disclosure Statement and Second Amended Plan provide that John Bauer will be paid fees as an administrative expense in the amount of $14,927.50 with $10,820.75 to be paid in cash on the effective date and the remaining amount of $4106.75 to be paid over the 60 month period of the Plan.

(G) Bauer's Waiver of Professional Fees.

Per all bills submitted, total attorney fees over and above the initial retainer deposit of $11,210. actually total $18,040.00 to date, rather than the $14,927.50 sought in this Application. Bauer agrees to waive the additional amount of $3,112.50 for the period covering this Application so that the Plan can be implemented in its' present form without the need to amend the Plan to include additional Administrative expenses or monthly Plan payments from debtors.

(H) Declaration from the Clients.

Danilo and Lydia Trinidad received copies of my invoices as attached to this Application and have signed a Declaration, which is attached to this Application, stating that they have no objection to the fees requested in this Application.

(I)    Applicant, John Bauer, has reviewed the requirements of Local Bankruptcy Rule 2016-l and this Application complies with that rule.

                                          Respectfully Submitted,

Dated:  August 12, 2010

                                              /s/ John H. Bauer
                                            Financial Relief Legal Advocates, Inc.
                                            By:  John H. Bauer

<u>DECLARATION OF DANILO & LYDIA TRINIDAD</u>

We have read the other invoices mailed to me with the USTLA-6 Trustee's cover sheet, this invoice, the total invoice amounts, and the above statement regarding any potential legal fees, and we agree with the content of these documents.  Specifically, we agree that John Bauer is entitled to attorney's fees in the initial retainer amount of $11,210. plus $14,927.50 as described in this Application for the total amount of $26,137.50. to the date of this Declaration.]

Dated:  August 12, 2010           <u>/s/ Danilo Trinidad</u>
                                  Danilo Trinidad

Dated:  August 12, 2010           <u>/s/ Lydia Trinidad</u>
                                  Lydia Trinidad