Debra C. Young
Attorney at Law
610 Anacapa Street
Santa Barbara, CA 93110
State Bar No. 117263
Phone: (805) 403-2213



**FILED & ENTERED**

AUG 16 2010

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cardoza   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re:

    Danilo and Lydia Trinidad,

Chapter 11

Case No.  27152-GM

**Order Approving Interim Attorney's Fees
and Costs For Debra C. Young.**

    The Application of Debra C. Young for Interim Attorney's Fees and Costs was scheduled for hearing on August 11, 2010, at 10:00 a.m., in Courtroom 303. No opposition to the Application was filed, and on August 9, 2010, Judge Mund issued her tentative ruling approving the Application and stating that no appearance was required on August 11.

THEREFORE, IT IS HEREBY ORDERED:

That Debra C. Young's Application for Interim Attorney's Fees and Costs based on invoices dated 3/28/10, 4/11/10, 5/15/10, and 6/24/10, is approved for $21,700; $5,000 has been paid, and $16,700 more is due right away.

###

DATED: August 16, 2010

United States Bankruptcy Judge

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as Order Approving Fees of Attorney Debra C. Young will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *Fill in Date Document is Filed,* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: Dear John: Dear John:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **8/13/10**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Greg Babcock
McCarthy & Holthus
1770 Fourth Avenue
San Diego, CA 92101

John Bauer, Attorney
16103 Augusta Avenue
Litchfield Park, AZ 85340

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/13/10 | | Debra C. Young |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2010                                                    F 9013-3.1.PROOF.SERVICE

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) Order for Fees for Attorney Debra C. Young was entered on the date indicated as AEntered? on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *Fill In Date Order is Lodged*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee

Attorney for U.S. Trustee
S. Margaux Ross

JOHNBHUD@aol.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Danilo and Lydia Trinidad
15811 Hart Street
Los Angeles, CA 91406

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

X Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2010                                    F 9021-1.1.NOTICE.ENTERED.ORDER

Notice of Motion (with Hearing) - Page 3          F 9013-1.1

In re: Danilo and Lydia Trinidad          CHAPTER: 11    Debtor(s).    CASE NO.: 09-bk-27152

**ADDITIONAL SERVICE INFORMATION** (if needed):

Danilo and Lydia Trinidad
15811 Hart Street
Los Angeles, CA 91406

John H. Bauer
Financial Relief Legal Advocates, Inc.
16103 W. Auquesta Ave.
Litchfield Park, AZ 85340

Wachovia
Bankruptcy Department T7419-015
P.O. Box 659558
San Antonio, Texas 78265

Greg Babcock
McCarthy & Holthus
1770 Fourth Ave.
Sandiego, CA 92101

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 94165-0250

Chase
PO Box 94014
Palatine, IL 60094-4001

Capital One
P.O. Box 60599
City Of Idustry, CA 91716-0599

Juniper PO BOX 13337
Philadelphia, PA 19101-3337

Nexus Home Solutions
3145 E. CHandler Blvd. #110-626
Phoenix, AZ 85048