John H. Bauer, CSBN 91471
FINANCIAL RELIEF LEGAL ADVOCATES, INC.
16103 W. Augusta Avenue
Litchfield Park, AZ 85340
Tel:  (623) 910-6291
Fax:  (623) 322-3859

Attorney for Debtors and Debtors-in-Possession



FILED & ENTERED

SEP 15 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>DANILO TRINIDAD,<br>LYDIA TRINIDAD,<br><br>Debtors-in-Possession | Case No. SV09-27152-GM<br><br>Chapter 11<br><br>**ORDER CONFIRMING SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION** |

### ORDER CONFIRMING SECOND AMENDED CHAPTER 11 PLAN

The Second Amended Plan (the "Plan") under Chapter 11 of the Bankruptcy Code filed by Danilo Trinidad and Lydia Trinidad (the "Debtors") filed herein on May 28, 2010, came before the Court for confirmation upon the Debtors' Motion on August 31, 2010.

The Court, having considered the Plan, the Ballot Summary, and the Debtors' Motion to Confirm the Plan and Opposition to Wells Fargo Bank's Objection to Confirmation of the Plan, finds and concludes as follows:

1. Notice of the hearing on confirmation was adequate and proper under the circumstances;

2. The Plan complies with the applicable provisions of Title 11 and Chapter 11;

3. Impaired voting classes, Class 2 and Class 3, have approved the Plan. Class 1, Wells Fargo Bank, did not accept the Plan and objected to the Plan;

4. The Plan has been proposed in good faith and not by any means forbidden by law;

5. The Plan does not discriminate unfairly and is fair and equitable to each impaired class that has not accepted the Plan. Further, the requirements for confirmation of 11 U.S.C. §1129(a)(1) through (13) have been satisfied with this Plan;

6. Each holder of a claim or interest will receive or retain more than such creditor would have received if the Debtors were liquidated under Chapter 7 of the Bankruptcy Code;

7. Confirmation of the Plan is not likely to be followed by a Chapter 7 liquidation or the need for further financial reorganization of the Debtors;

8. All payments made by the Debtors or promises made for services, costs, and expenses, in or in connection with the Second Amended Plan and incident to the case, have either been fully disclosed to the Court, or if applied for after confirmation, will be done upon notice to all creditors, itemization, hearing, and approval of the Court;

9. All fees owed to the U.S. Trustee's have been paid current as of the date of this Order;

10. There is no party who will, after confirmation of the Second Amended Chapter 11 Plan, have any ownership in the Debtors' business, who has not been fully disclosed to the Court and to all creditors;

11. There is no identity of any insider that will be employed or retained by the Debtors after confirmation of the Second Amended Chapter 11 Plan, and their compensation services rendered, that has not been already fully disclosed to the Court and to all creditors;

12. Not later than 120 days following the entry of this Order, the Reorganized Debtors shall file a Status Report ("Status Report") with the Bankruptcy Court detailing the progress made toward consummation of the confirmed Plan. The Status Report shall be served on the Office of the United States Trustee, the twenty largest unsecured creditors, and those parties who have requested special notice in the Case. The Status Report shall be filed every 120 days and served on the same entities during the Case unless otherwise ordered by the Court;

13. The failure to timely file the initial and subsequent Status Reports shall be grounds for noticing the case for conversion to a case under Chapter 7 or dismissal under 11 U.S.C. §1112(b);

///

14. This Second Amended Chapter 11 Plan provides that upon payment in full of proposed plan payments to the unsecured creditors, Debtors shall be discharged of liability for payment of debts incurred before confirmation of this Second Amended Chapter 11 Plan, to the extent specified in 11 U.S.C. §1141. However, any liability imposed by the Second Amended Chapter 11 Plan will not be discharged;

15. Once the Debtors' estate has been fully administered as referred to in Bankruptcy Rule 3022, the Debtors, or any other party as the Court shall designate in this Order, shall file a motion with the Court to obtain a final decree to close this case; and

16. It having been determined that the requirements for confirmation set forth in 11 U.S.C. §1129(a) have been satisfied;

**IT IS HEREBY ORDERED** that:

The Debtors' Second Amended Chapter 11 Plan, filed with the Court on May 28, 2010 as Docket Entry #84 is hereby confirmed.

A copy of the Second Amended Chapter 11 Plan is attached hereto as Exhibit A, to this Order.

The Debtors are directed to make all scheduled payments pursuant to this Plan commencing on October 1, 2010.

APPROVED AS TO FORM:

__/s/  John H. Bauer_____
By: John H. Bauer, Esq. Attorney for Debtors For Financial Relief Legal Advocates, Inc.

__/s/  S. Margaux Ross _____
By: S. Margaux Ross Attorney for the U.S. Trustee United States Trustee
###

DATED: September 15, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16103 W. Augusta Avenue, Litchfield Park, AZ 85340

A true and correct copy of the foregoing document described as **Order Confirming Second Amended Chapter 11 Plan of Reorganization** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September ___2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 10, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Honorable Geraldine Mund | Office of the United States Trustee |
| 21041 Burbank Blvd., Suite 342 | 21051 Warner Center Lane, Suite 115 |
| Woodland Hills, CA 9 367 | Woodland Hills, CA 91367 |

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| September 10, 2010 | Delores Jackson | /s/ Delores Jackson |
| *Date* | *Type Name* | *Signature* |

**ORDER CONFIRMING SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION**
- 4 -

**Service information continued:**

Ja Vonne M. Phillips, Esq.
Gregory J. Babock, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

Debra C. Young, Esq.
4535 Oak Glen Drive, E
Santa Barbara, CA 93110

Debra C. Young, Esq.
610 Anacapa Street
Santa Barbara, CA 93101

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Confirming Second Amended Chapter 13 Plan of Reorganization** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 10, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee     ustpregion16.wh.ecf@usdoj.gov
S. Margaux Ross     margaux.ross@usdoj.gov
John H. Bauer     JOHNBHUD@aol.com
Debra C. Young     DebraCYoung@yahoo.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐     Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Ja Vonne M. Phillips, Esq.
Gregory J. Babock, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

☐     Service information continued on attached page

**ORDER CONFIRMING SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION**
- 6 -